Model Plan  
11/22/2013

Trustee: ☐ Marshall ☐ Meyer  
☑ Stearns ☐ Vaughn

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In re:** ) | **Case No.** |
| ) | |
| Victor Manuel Corral ) | |
| Maria Elsa Corral ) | |
| ) | |
| **Debtors.** ) | **Original Chapter 13 Plan, dated** October 8, 2015 |

☑   **A check in this box indicates that the plan contains special provisions, set out in Section G. Otherwise, the plan includes no provisions deviating from the model plan adopted by the court at the time of the filing of this case.**

**Section A.**  
*Budget items*

1. As stated in the debtor's Schedule I and J, (a) the number of persons in the debtor's household is **2**; (b) their ages are **2 Adults**; (c) total household monthly income is $ **6,786.89**; and (d) total monthly household expenses are $ **5,817.22**, leaving $ **1179.67** available monthly for plan payments.

2. The debtor's Schedule J includes $ **N/A** for charitable contributions; the debtor represents that the debtor made substantially similar contributions for **N/A** months prior to filing this case.

**Section B.**  
*General items*

1. The debtor assumes all unexpired leases and executory contracts listed in Section G of this plan; all other unexpired leases and executory contracts are rejected. Both assumption and rejection are effective as of the date of plan confirmation.

2. Claims secured by a mortgage on real property of the debtor, set out in Section C or in Paragraph 2 of Section E of this plan, shall be treated as follows:

(a) *Prepetition defaults.* If the debtor pays the cure amount specified in Paragraph 5 of Section E, while timely making all required postpetition payments, the mortgage will be reinstated according to its original terms, extinguishing any right of the mortgagee to recover any amount alleged to have arisen prior to the filing of the petition.

(b) *Costs of collection.* Costs of collection, including attorneys' fees, incurred by the holder after the filing of this bankruptcy case and before the final payment of the cure amount specified in Paragraph 5 of Section E may be added to that cure amount pursuant to order of the court on motion of the holder.

3. The holder of any claim secured by a lien on property of the estate, other than a mortgage treated in Section C or in Paragraph 2 of Section E, shall retain the lien until the earlier of (a) payment of the underlying debt determined under nonbankruptcy law, or (b) discharge under 11 U.S.C. § 1328, at which time the lien shall terminate and be released by the creditor.

4. The debtor shall retain records, including all receipts, of all charitable donations listed in Schedule J.

**Section C.**
*Direct payment of claims by debtor*

☐ The debtor will make no direct payments to creditors holding prepetition claims. /or/

☑ The debtor will make current monthly payments, as listed in the debtor's Schedule J-- increased or decreased as necessary to reflect changes in variable interest rates, escrow requirements, collection costs, or similar matters--directly to the following creditors holding claims secured by a mortgage on the debtor's real property:

Creditor: __National Loan Investors__ , monthly payment, $ __6,815.70__

**Section D.**
*Payments by debtor to the trustee; plan term and completion*

1. *Initial plan term.* The debtor will pay to the trustee $ __970.00__ monthly for __60__ months [and $ __ monthly for an additional __ months], for total payments, during the initial plan term, of $ __58,200.00__ . [Enter this amount on Line 1 of Section H.]

2. *Adjustments to initial term.* If the amount paid by the debtor to the trustee during the initial plan term does not permit payment of general unsecured claims as specified in Paragraphs 8 and 9 of Section E, then the debtor shall make additional monthly payments, during the maximum plan term allowed by law, sufficient to permit the specified payments.

3. *Plan completion.* ☑ The plan will conclude before the end of the initial term, as adjusted by Paragraph 2, only at such time as all allowed claims are paid in full, with any interest required by the plan /or/
☐ The plan will conclude before the end of the initial term at any time that the debtor pays to the trustee the full amounts specified in Paragraphs 1 and 2.

**Section E.**
*Disbursements by the trustee*

The trustee shall disburse payments received from the debtor under this plan as follows:

1. *Trustee's fees.* Payable monthly, as authorized; estimated at __5.00__% of plan payments; and during the initial plan term, totaling $ __2,910.00__ . [Enter this amount on Line 2a of Section H.]

2. *Current mortgage payments.* Payable according to the terms of the mortgage, as set forth below, beginning with the first payment due after the filing of the case. Each of these payments shall be increased or decreased by the trustee as necessary to reflect changes in variable interest rates, escrow requirements, or similar matters; the trustee shall make the change in payments as soon as practicable after receipt of a notice of the change issued by the mortgage holder, but no later than 14 days after such receipt. The trustee shall notify the debtor of any such change at least 7 days before putting the change into effect. Any current mortgage payment made by the debtor directly to the mortgagee shall be deducted from the amounts due to be paid to the trustee under this plan.

**-NONE-**

The total of all current mortgage payments to be made by the trustee under the plan is estimated to be $ __0.00__ . [Enter this amount on Line 2b of Section H.]

3.1. *Other secured claims secured by value in collateral.* All secured claims, other than mortgage claims treated above and claims treated in Paragraph 3.2, are to be paid in full during the plan term, with interest at an annual percentage rates and in the fixed monthly amounts specified below regardless of contrary proofs of claim (subject to reduction with the consent of the creditor): **(Except as stated in Section G. below.)**

**-NONE-**

[All claims in the debtor's Schedule D, other than mortgages treated above and claims for which the collateral has no value, must be listed in this paragraph.]

The total of all payments on these secured claims, including interest, is estimated to be $ **0.00** . [Enter this amount on Line 2c of Section H.]

3.2 *Other secured claims treated as unsecured.* The following claims are secured by collateral that either has no value or that is fully encumbered by liens with higher priority. No payment will be made on these claims on account of their secured status, but to the extent that the claims are allowed, they will be paid as unsecured claims, pursuant to Paragraphs 6 and 8 of this section.
**-NONE-**

4. *Priority claims of debtor's attorney.* Payable in amounts allowed by court order. The total claim of debtor's attorney is estimated to be $ **0.00** . [Enter this amount on Line 2d of Section H.]

5. *Mortgage arrears.* Payable as set forth below, regardless of contrary proofs of claim, except that the arrears payable may be reduced either with the consent of the mortgagee or by court order, entered on motion of the debtor with notice to the trustee and the mortgagee. Any such reduction shall be effective 14 days after either the trustee's receipt of a notice of reduction consented to by the mortgagee or the entry of a court order reducing the arrearage.
**-NONE-**

6. *Allowed priority claims other than those of the debtor's attorney.* Payable in full, without interest, on a pro rata basis. The total of all payments on non-attorney priority claims to be made by the trustee under the plan is estimated to be $ **8,197.00** . [Enter this amount on Line 2f of Section H.] Any claim for which the proof of claim asserts both secured and priority status, but which is not identified as secured in Paragraphs 2, 3.1, or 3.2 of this section, will be treated under this paragraph to the extent that the claim is allowed as priority claim.

7. *Specially classified unsecured claim.* A special class consisting of the following non-priority unsecured claim: **-NONE-** shall be paid at **N/A** % of the allowed amount. The total of all payments to this special class is estimated to be $ **N/A** . [Enter this amount on Line 2g of Section H.]

Reason for the special class: **N/A** .

8. *General unsecured claims (GUCs).* All allowed nonpriority unsecured claims, not specially classified, including unsecured deficiency claims under 11 U.S.C. § 506(a), shall be paid, pro rata, ☑ in full, /or/ ☐ to the extent possible from the payments set out in Section D, but not less than **N/A** % of their allowed amount. [Enter minimum payment percentage on Line 4b of Section H.] Any claim for which the proof of claim asserts secured status, but which is not identified as secured in section C, or Paragraphs 2, 3.1, 3.2 or 5 of this section, will be treated under this paragraph to the extent that the claim is allowed without priority.

9. *Interest.* ☑ Interest shall not be paid on unsecured claims /or/ ☐ interest shall be paid on unsecured claims, including priority and specially classified claims, at an annual percentage rate of **N/A** % [Complete Line 4d of Section H to reflect interest payable.]

**Section F.**
*Priority*

The trustee shall pay the amounts specified in Section E of this Plan in the following order of priority, with claims in a given level of priority reduced proportionately in the event of insufficient plan payments: (1) trustee's fee; (2) current mortgage payments; (3) secured claims

**3**

listed in Section E, Paragraph 3.1; (4) priority claims of the debtor's attorney; (5) mortgage arrears; (6) priority claims other than those of the debtor's attorney; (7) specially classified non-priority unsecured claims; and (8) general unsecured claims.

**Section G.**
*Special terms*

Notwithstanding anything to the contrary set forth above, this Plan shall include the provisions set forth in the box following the signatures. The provisions will not be effective unless there is a check in the notice box preceding Section A.

**Section H.**
*Summary of payments to and from the trustee*

(1) Total payments from the debtor to the Chapter 13 trustee (subject to Paragraph 2 of Section D)    $ **58,200.00**

(2) Estimated disbursements by the trustee for non-GUCs (general unsecured claims):
  (a) Trustee's fees    $ **2,910.00**
  (b) Current mortgage payments    $ **0.00**
  (c) Payments of other allowed secured claims    $ **0.00**
  (d) Priority payments to debtor's attorney    $ **0.00**
  (e) Payments of mortgage arrears    $ **0.00**
  (f) Payments of non-attorney priority claims    $ **8,197.00**
  (g) Payments of specially classified unsecured claims    $ **0.00**
  (h) Total *[add Lines 2a through 2g]*    $ **11,107.00**

(3) Estimated payments available for GUCs and interest during initial plan term *[subtract Line 2h from Line 1]*    $ **47,093.00**

(4) Estimated payments required after initial plan term:
  (a) Estimated total GUCs, including unsecured deficiency claims under § 506(a)    $ **46,911.57**
  (b) Minimum GUC payment percentage    **100** %
  (c) Estimated minimum GUC payment *[multiply line 4a by line 4b]*    $ **46,911.57**
  (d) Estimated interest payments on unsecured claims    $ **0.00**
  (e) Total of GUC and interest payments *[add Lines 4c and 4d]*    $ **46,911.57**
  (f) Payments available during initial term *[enter Line 3]*    $ **47,093.00**
  (g) Additional payments required *[subtract Line 4f from Line 4e]*    $ **-181.43**

(5) Additional payments available:
  (a) Debtor's monthly payment less trustee's fees and current mortgage payments made by the trustee    $ **N/A**
  (b) Months in maximum plan term after initial term    **N/A**
  (c) Payments available *[multiply line 5a by line 5b]*    $ **N/A**

**Section I.**
*Payroll Control*

☐ A check in this box indicates that the debtor consents to immediate entry of an order directing the debtor's employer to deduct from the debtor's wages the amount specified in Paragraph 1 of Section D and to pay that amount to the trustee on the debtor's behalf. If this is a joint case, details of the deductions from each spouse's wages are set out in Section G.

**Signatures** Debtor(s) [Sign only if not represented by an attorney]

4

| | | Date | |
|---|---|---|---|
| **Debtor's Attorney** | /s/ Charles L. Magerski | **Date** | October 8, 2015 |

*Attorney Information (name, address, telephone, etc.)*

**Charles L. Magerski**
**Sulaiman Law Group, Ltd.**
**900 Jorie Boulevard**
**Suite 150**
**Oak Brook, IL 60523**
**630-575-8181**
**Fax: 630-575-8188**

**Special Terms** *[as provided in Paragraph G]*

**Special Intentions:**

**1. Debtor is surrendering the real property located at 424 W. St. Charles Road, Elmhurst, Illinois to Bank of America, N.A./Shellpoint Mortgage Servicing and BMO Harris, N.A., in full satisfaction of their claims.**

**2. Unsecured claims filed after the claim bar date shall not be paid by the Chapter 13 Trustee.**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 15-34413-DRC
Victor Manuel Corral                                                    Chapter 13
Maria Elsa Corral
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: dpruitt            Page 1 of 3            Date Rcvd: Oct 09, 2015
                            Form ID: pdf001          Total Noticed: 104

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2015.
```
db/jdb       +Victor Manuel Corral,    Maria Elsa Corral,    424 W. Saint Charles Road,
               Elmhurst, IL 60126-3125
23796438     +ATG Credit LLC,    PO Box 14895,    Chicago, IL 60614-8542
23796439      ATG Credit LLC,    1700 Courtland Avenue,    Suite 2,    Chicago, IL 60622
23796435     +American Express,    c/o Becket & Lee,    P.O. Box 3001,    Malvern, PA 19355-0701
23796436     +Associate Pathologists of Joliet,    333 Madison Street Lab Department,    Joliet, IL 60435-8200
23796437     +Associated Pathology Consultants,    Elmhurst, S.C.,    PO Box 3680,    Peoria, IL 61612-3680
23796441     +BCA Financial Services,    18001 Old Cutler Road, Suite 462,    Miami, FL 33157-6437
23796444     +BMO Harris Bank N.A.,    111 W. Monroe Street,    Chicago, IL 60603-4095
23796445     +BMO Harris N.A.,    Bmo Harris Bank - Bankruptcy Dept.-Brk-1,    770 N Water Street,
               Milwaukee, WI 53202-0002
23796440     +Bank Of America, N.A.,    401 N. Tryon Street,    NC1-021-02-20,    Charlotte, NC 28255-0001
23796442     +Blatt Hasenmiller F L,    125 S. Wacker Drive #400,    Chicago, IL 60606-4440
23796443     +Blatt, Hasenmiller, Leibsker and Moore,,    10 South LaSalle Street,    Suite 2200,
               Chicago, IL 60603-1069
23796446     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
23796448     +Capital One, N.A.,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
23796449     +Chuhak & Tecson Law Firm,    30 S. Wacker Drive #2600,    Chicago, IL 60606-7512
23796450     +Chuhak & Tecson, P.C.,    Michael J. Gilmartin / Samantha Babcock,
               30 S. Wacker Drive, Suite 2600,    Chicago, IL 60606-7512
23796451      Citicorp Credit Services,    ATTN: Internal Recovery; Centralized Bk,    P.O. Box 790034,
               Saint Louis, MO 63179-0034
23796459     +DUPAGE MEDICAL GROUP LLC,    1100 W 31st Street,    Suite 300,    Downers Grove, IL 60515-5512
23796458     +DuPage Medical Group,    1100 West 31st Street,    Downers Grove, IL 60515-5509
23796456      DuPage Medical Group,    15921 Collections Center Drive,    Chicago, IL 60693-0159
23796457     +Dupage Medical Group,    1860 Paysphere Circle,    Chicago, IL 60674-0018
23796460     +Edward Hospital,    Po Box 5995,    Peoria, IL 61601-5995
23796462     +Elmhurst Memorial Healthcare,    PO Box 4052,    Carol Stream, IL 60197-4052
23796463     +Elmhurst Memorial Healthcare,    27535 Network Place,    Chicago, IL 60673-1275
23796464     +Elmhurst Memorial Hospital,    Patient Accounts,    PO Box 536,    Linden, MI 48451-0536
23796465     +Enhanced Recovery Co,    Po Box 3002,    Southeastern, PA 19398-3002
23796467      Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
23796468     +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
23796471     +Great Lakes EducationalLoan Services,    PO Box 530229,    Atlanta, GA 30353-0229
23796472     +Great Lakes EducationalLoan Services inc,    Glelsi,    2401 International Lane,
               Madison, WI 53704-3121
23796476     +Kane County Treasurer,    719 S. Batavia Avenue,    Building A,    Geneva, IL 60134-3079
23796477      Kane County Treasurer,    PO Box 4025,    Geneva, IL 60134-4025
23796475     +Kane County Treasurer,    719 S. Batavia Avenue,    Geneva, IL 60134-3000
23796478     +Loyola University Health System,    2160 S First Avenue,    Maywood, IL 60153-3328
23796480      Loyola University Medical Center,    PO Box 3021,    Milwaukee, WI 53201-3021
23796479     +Loyola University Medical Center,    2160 South First Avenue,    Maywood, IL 60153-3328
23796481     +Loyola University Medical Center,    Patient Financial Services,    2160 South First Avenue,
               Maywood, IL 60153-3328
23796482     +Macy's,   Po Box 183083,    Columbus, OH 43218-3083
23796483     +Macy's Inc.,    9111 Duke Boulevard,    Mason, OH 45040-8999
23796484     +Macys,   Macy's Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
23796485     +Medical Business Bureau,    1460 Renaissance D Suite 400,    Park Ridge, IL 60068-1349
23796486     +Medical Business Bureau,    1175 Deven Drive, Suite 173,    Morton Shores, MI 49441-6079
23796487     +Merchants Credit,    223 W. Jackson Boulevard,    Suite 400,    Chicago, IL 60606-6974
23796488     +Merchants Credit Guide,    223 W. Jackson Boulevard,    Suite 700,    Chicago, IL 60606-6914
23796491     +Midland Funding,    2365 Northside Drive, Suite 30,    San Diego, CA 92108-2709
23796493     +Midwest Digestive Disease Specialists SC,    2 TransAm Plaza Drive,    Suite 100,
               Oak Brook Terrace, IL 60181-4289
23796494     +National Loan Investors,    3030 NW Expressway,    Suite 3131,    Oklahoma City, OK 73112-5466
23796496     +Nationwide Credit & Collection,    P.O. Box 3159,    Hinsdale, IL 60522-3159
23796498     +Nationwide Credit & Collection Inc,    PO Box 3159,    Oak Brook, IL 60522-3159
23796497     +Nationwide Credit & Collection Inc,    Attn Collections/Bankruptcy,
               815 Commerce Drive, Suite 270,    Oak Brook, IL 60523-8852
23796499     +Nationwide Credit & Collection, Inc.,    815 Commerce Drive,    Suite 270,
               Oak Brook, IL 60523-8852
23796500     +Nationwide Credit Corporation,    5503 Cherokee Avenue,    Alexandria, VA 22312-2307
23796504     +Oak Brook Anesthesia,    2425 West 22nd Street,    Oak Brook, IL 60523-1245
23796505     +Pierce & Associates,    1 North Dearborn,    Ste 1300,    Chicago, IL 60602-4373
23796506     +Prairie Path Foot and Ankle Clinic,    136 W. Vallette Street,    2,    Elmhurst, IL 60126-4377
23796507     +Resurgent Capital Services,    PO Box 1410,    Troy, MI 48099-1410
23796509     +Resurgent Capital Services,    PO Box 15087,    Greenville, SC 29610-5087
23796510     +Robert M. Allar MD & Associates,    1020 East Ogden Avenue, #210,    Naperville, IL 60563-8610
23796511     +Rush Copley Medical Center,    2000 Ogden Avenue,    Aurora, IL 60504-5893
23796512     +Rush Copley Memorial Hospital,    1100 W. Veterans Parkway,    Yorkville, IL 60560-4728
23796513     +Rush Medical Center,    2000 Ogden Avenue,    Aurora, IL 60504-7222
23796515     +SBA Loan,    US Small Business Administration,    409 3rd Street, SW,    Washington, DC 20416-0005
23796516     +Shapiro Kreisman Associates,    2121 Waukegan #301,    Deerfield, IL 60015-1831
```

```
District/off: 0752-1          User: dpruitt              Page 2 of 3                  Date Rcvd: Oct 09, 2015
                              Form ID: pdf001            Total Noticed: 104


23796517       +Shellpoint,   55 Beattie Place,   Greenville, SC 29601-2165
23796518        Shellpoint Mortgage Servicing,    PO Box 19006,   Troy, MI 48099
23796522       +Target Credit Card (TC),    P.O. Box 9475,   Minneapolis, MN 55440-9475
23796523       +Target Financial LLC,    PO Box 581,   Hays, MT 59527-0581
23796524       +Target National Bank,    3701 Wayzata Boulevard,   MS-3CG,   Minneapolis, MN 55416-3401
23796526       +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,   Mailstop BV  P.O.Box 9475,
                 Minneapolis, MN 55440-9475
23796527        Trans Union LLC,   P.O. Box 2000,   Chester, PA 19016-2000
23796531       +UIC Pathology,   4810 Paysphere Circle,   Chicago, IL 60674-0048
23796532       +Us Dept Of Education / Glelsi,    Po Box 7860,   Madison, WI 53707-7860
23796536      ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
                 (address filed with court: Von Maur,   6565 Brady,   Davenport, IA 52806)
23796533       +Valley Imaging Consultants,    2000 Ogden Avenue,   Aurora, IL 60504-7222
23796534       +Valley Imaging Consultants LLC,    6910 S. Madison Street,   Willowbrook, IL 60527-5504
23796538       +Walinski & Associates,   25 E. Washington Street,   #1221,   Chicago, IL 60602-1875
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23796433       +E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Oct 09 2015 23:24:36
                 Advocate Good Samaritan Hospital,   3815 Highland Avenue,   Downers Grove, IL 60515-1590
23796434       +E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Oct 09 2015 23:24:36
                 Advocate Good Samaritan Hospital,   PO Box 93548,   Chicago, IL 60673-3548
23796447       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 09 2015 23:28:22     Capital One, N.A. *,
                 c/o American Infosource,   P.O Box 54529,   Oklahoma City, OK 73154-1529
23796452       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 09 2015 23:24:40
                 Credit Collection Service,   Two Wells Avenue,   Newton Center, MA 02459-3246
23796453       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 09 2015 23:24:40
                 Credit Collection Services,   PO Box 55126,   Boston, MA 02205-5126
23796455        E-mail/PDF: mrdiscen@discover.com Oct 10 2015 05:06:46     Discover Financial Services,
                 2500 Lake Cook Road,   Deerfield, IL 60015
23796454       +E-mail/PDF: mrdiscen@discover.com Oct 10 2015 05:06:46     Discover Financial,
                 Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
23796461       +E-mail/Text: bankruptcy@edward.org Oct 09 2015 23:23:47     Edward Hospital,
                 801 South Washington Street,   Naperville, IL 60540-7499
23796466       +E-mail/Text: bknotice@erccollections.com Oct 09 2015 23:23:15     Enhanced Recovery Corp,
                 Attention: Client Services,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
23796469       +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2015 23:28:14
                 GE Capital Retail Consumer Finance,   1600 Summer Street,   Fifth Floor,
                 Stamford, CT 06905-5125
23796470       +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2015 23:27:37     GE Money Bank Care Card,
                 Po Box 960061,   Orlando, FL 32896-0061
23796473        E-mail/Text: rev.bankruptcy@illinois.gov Oct 09 2015 23:23:02
                 Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
23796474        E-mail/Text: cio.bncmail@irs.gov Oct 09 2015 23:22:26     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
23796490       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 09 2015 23:22:56     Midland Credit Management, Inc.,
                 8875 Aero Drive Suite 200,   San Diego, CA 92123-2255
23796489       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 09 2015 23:22:56     Midland Credit Management, Inc.,
                 8875 Aero Drive,   San Diego, CA 92123-2255
23796492       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 09 2015 23:22:56     Midland Funding,
                 8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
23796495       +E-mail/Text: cowens@nationwideacceptance.com Oct 09 2015 23:23:48     Nationwide Acceptance,
                 105 Decker Ct. Suite 725,   Irving, TX 75062-2815
23796501       +E-mail/Text: clientservices@northwestcollectors.com Oct 09 2015 23:22:33
                 Northwest Collectors,   3601 Algonquin Road. Suite 232,   Rolling Meadows, IL 60008-3143
23796502       +E-mail/Text: clientservices@northwestcollectors.com Oct 09 2015 23:22:33
                 Northwest Collectors Inc,   3601 Algonquin Road,   Ste232,   Rolling Meadows, IL 60008-3143
23796508       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 09 2015 23:28:17
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
23796514       +E-mail/Text: bankruptcynotices@sba.gov Oct 09 2015 23:22:07     SBA,   409 3rd St, SW,
                 Washington, DC 20416-0005
23796520        E-mail/Text: appebnmailbox@sprint.com Oct 09 2015 23:22:53     Sprint,   6391 Sprint Parkway,
                 Overland Park, KS 66251
23796519       +E-mail/Text: birminghamtops@sba.gov Oct 09 2015 23:23:46     Small Business Administration,
                 801 Tom Martin Drive, Suite 120,   Birmingham, AL 35211-6424
23798759        E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2015 23:28:14     Synchrony Bank,
                 c/o Recovery Management Systems Corp.,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
23796525       +E-mail/Text: bankruptcy@td.com Oct 09 2015 23:23:15     TD Bank, NA,   1701 Route 70 East,
                 Cherry Hill, NJ 08003-2335
23796529       +E-mail/Text: bankruptcydepartment@tsico.com Oct 09 2015 23:24:34     Transworld Systems,
                 1375 E. Woodfield Road, #110,   Schaumburg, IL 60173-5423
23796530       +E-mail/Text: bankruptcydepartment@tsico.com Oct 09 2015 23:24:34     Transworld Systems Inc.,
                 507 Prudential Road,   Horsham, PA 19044-2308
23796539       +E-mail/Text: swakefield@wheatoneye.com Oct 09 2015 23:22:56     Wheaton Eye Clinic,
                 2015 N. Main Street,   Wheaton, IL 60187-3190
                                                                                               TOTAL: 28
```

```
District/off: 0752-1           User: dpruitt             Page 3 of 3                  Date Rcvd: Oct 09, 2015
                               Form ID: pdf001           Total Noticed: 104


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23796521          Target,   Tinley Park
23796503*        +Northwest Collectors, Inc.,   3601 Algonquin Road, Suite 232,    Rolling Meadows, IL 60008-3143
23796535*       ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
                 (address filed with court:  Von Maur,   Attn: Credit Dept,   6565 Brady Street,
                   Davenport, IA 52806)
23796537*       ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
                 (address filed with court:  Von Maur,   PO Box 790298,   Saint Louis, MO 63179)
23796528       ##+Transworld Systems,   2235 Mercury Way, Ste 275,   Santa Rosa, CA 95407-5463
                                                                                      TOTALS: 1, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2015 at the address(es) listed below:
              Charles L. Magerski    on behalf of Joint Debtor Maria Elsa Corral Cmagerski@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Charles L. Magerski    on behalf of Debtor Victor Manuel Corral Cmagerski@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3